NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WSOU INVESTMENTS LLC, dba Brazos Licensing and Development,**

*Appellant*

**v.**

**ZTE CORPORATION, ZTE (USA), INC., ZTE (TX), INC.,**

*Appellees*

---

2023-1220

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00699.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                       WSOU Investments LLC v. ZTE Corporation


(2)  Each side shall bear their own costs.



                                    FOR THE COURT

March 15, 2023
     Date                           /s/ Peter R. Marksteiner
                                    Peter R. Marksteiner
                                    Clerk of Court


**ISSUED AS A MANDATE:** March 15, 2023